RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Defendant SACRAMENTO
HOUSING & REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW McCALL, SR., | No. 2:06-CV-00762-DFL-KJM |
| Plaintiff, | **STIPULATION TO VACATE MOTION TO DISMISS AND ORDER THEREON** |
| vs. | |
| CITY OF SACRAMENTO, SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, ANDREW J. NEWBY, THOMAS TURAY, AURELIO VILLEGAS, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties as follows:

1. That in anticipation of a settlement which will conclude all claims between the parties, the pending motion to dismiss filed by Defendant SACRAMENTO HOUSING & REDEVELOPMENT AGENCY set for hearing on August 23, 2006 be taken off calendar.

2. In the event the settlement is not concluded within thirty days of the date of this order, Defendant SACRAMENTO HOUSING & REDEVELOPMENT AGENCY may request the court to reset the motion to dismiss.

3. Should the settlement be concluded before expiration of the thirty day period, counsel for plaintiff will immediately notify the court and promptly file a dismissal.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2006 | RANDOLPH CREGGER & CHALFANT LLP |
| 3 | | /s/ Thomas A. Cregger |
| 4 | | THOMAS A. CREGGER<br>Attorneys for Defendant SACRAMENTO HOUSING & REDEVELOPMENT AGENCY |
| 6 | Dated: August 18, 2006 | LAW OFFICES OF JOSEPH J. WISEMAN |
| 8 | | /s/ Joseph J. Wiseman per telephone approval |
| 9 | | JOSEPH J. WISEMAN<br>Attorneys Plaintiff MATTHEW McCALL, SR. |

**ORDER**

IT IS SO ORDERED.

Dated: 8/17/2006

_____
DAVID F. LEVI
United States District Judge

2
STIPULATION TO VACATE MOTION TO DISMISS AND ORDER THEREON